# United States District Court

## WESTERN DISTRICT OF WASHINGTON

MICHAEL HOFFMAN

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5252RJB

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X__    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation; and

(2) The administrative decision is **AFFIRMED**.

| March 23, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

_s/ Mary Trent_
Deputy Clerk